1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3705
7       Facsimile: (510) 637-3724
        E-Mail:    James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR 09-00641 SBA
                                      )
14 |       Plaintiff,                 ) PETITION FOR AND WRIT OF HABEAS
                                      ) CORPUS AD PROSEQUENDUM
15 |    v.                            )
                                      )
16 | GARY ANTHONY MUSCADINE,          )
                                      )
17 |       Defendant.                 )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20 |_____)

21     TO:   The Honorable Bernard Zimmerman, United States Magistrate Judge of the

22           United States District Court for the Northern District of California:

23     Assistant United States Attorney James C. Mann respectfully requests that this Court

24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, GARY ANTHONY

25 MUSCADINE (CDC No. V045863), whose place of custody and jailor are set forth in the

26 ////

27 ////

28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 09-00641 SBA

| | |
|---|---|
| 1 | requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled |
| 2 | matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented. |

Dated: August 18, 2009            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES C. MANN
Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 09-00641 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00641 SBA |
| Plaintiff, | ) | |
| v. | ) | ~~[PROPOSED]~~ ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| GARY ANTHONY MUSCADINE, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant GARY ANTHONY MUSCADINE (CDC No. V045863) before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, September 8, 2009 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:__August 19, 2009__

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 09-00641 SBA

|    |    |
|----|----|
| 1  | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2  | TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for San Quentin State Prison, and/or any California Department of Corrections facility: |
| 3  |    |
| 4  | GREETINGS |
| 5  | WE COMMAND that on Tuesday, September 8, 2009 at 9:00 a.m., or as soon thereafter as |
| 6  | practicable, you have and produce the body of GARY ANTHONY MUSCADINE (CDC No. |
| 7  | V045863), in your custody in the above-mentioned institution, or any other California |
| 8  | Department of Corrections Institution, before the United States District Court in and for the |
| 9  | Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United |
| 10 | States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in |
| 11 | order that GARY ANTHONY MUSCADINE may then appear for a status appearance upon the |
| 12 | charges heretofore filed against him in the above-entitled Court, and that immediately after said |
| 13 | hearing to return him forthwith to said above-mentioned institution or abide by such order of the |
| 14 | above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and |
| 15 | further to produce said prisoner at all times necessary until the termination of the proceedings in |
| 16 | this Court; |
| 17 | IT IS FURTHER ORDERED that should the local or state custodian release from its custody |
| 18 | the above-named person, he be immediately delivered and remanded to the United States |
| 19 | Marshal and/or his authorized deputies under this Writ. |
| 20 | WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States |
| 21 | District Court for the Northern District of California. |
| 22 | DATED: __August 19__, 2009 |
| 23 | CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| 24 |    |
| 25 | By: _Rose Maher_ |
| 26 | DEPUTY CLERK, ROSE MAHER |
| 27 |    |
| 28 |    |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 09-00641 SBA