UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00641 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| GARY MUSCADINE, ) | | |
| Defendant. ) | Date: September 22, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from September 22, 2009 to October 20, 2009, and that time be excluded under the Speedy Trial Act between September 22, 2009 and October 20, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel has been reviewing that discovery. In addition, the parties are seeking to arrange a time when the defense can view the physical evidence collected in this case. The defense needs additional time to review discovery, perform investigation, and discuss the case with the defendant. Defense counsel will be commencing a three week trial on September 28, 2009. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
No. CR-09-00641 SBA

1  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
2  and (B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4  September 22, 2009 to October 20, 2009 at 9:00 a.m., and that time between September 22, 2009
5  and October 20, 2009 is excluded under the Speedy Trial Act to allow for the effective
6  preparation of counsel, taking into account the exercise of due diligence, and continuity of
7  defense counsel.

9  DATED:_9/22/09        *Saundra B Armstrong*
    HON. SAUNDRA BROWN ARMSTRONG
10     United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
No. CR-09-00641 SBA