UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0641 SBA |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 13, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| GARY MUSCADINE, | |
| Defendant. | Date: April 6, 2010<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 6, 2010 to April 13, 2010 and that time be excluded under the Speedy Trial Act between April 6, 2010 and April 13, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  Defense counsel will be unavailable on April 6, 2010.  For this stated reason, the Court finds that the ends of justice served by granting the continuance outweighs the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the motion hearing in this matter is continued from April 6, 2010 to April 13, 2010 at 11:00 a.m., and that time between April 6, 2010 and April 13, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:3/31/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APR. 13, 2010 AND TO EXCLUDE TIME
No. CR-09-0641 SBA