UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>GARY MUSCADINE,<br><br>　　Defendant. | No. CR-09-0641 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET DATE FOR EVIDENTIARY HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　June 9, 2010<br>Time:　　9:00 a.m.<br>Court:　　Hon. Saundra Brown Armstrong |

The parties jointly requested that an evidentiary hearing on defendant's motion to suppress be set for June 9, 2010 at 9:00 a.m.

Accordingly, **IT IS HEREBY ORDERED** that the hearing currently scheduled for April 13, 2010 at 11:00 a.m. is vacated and the case is set for evidentiary hearing on defendant's motion to suppress on June 9, 2010 at 9:00 a.m.  Time is excluded under the Speedy Trial Act between April 13, 2010 and June 9, 2010 pursuant to 18 U.S.C. § 3161(h)(1)(D) based upon delay resulting from any pretrial motion.

DATED:4/13/10

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge

STIP. REQ. TO SET JUNE 9, 2010 EVIDENTIARY HEARING DATE AND TO EXCLUDE TIME
No. CR-09-0641 SBA