UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0641 SBA |
| Plaintiff, ) ) | ORDER GRANTING STIPULATED REQUEST TO SET DATE FOR |
| v. ) ) | EVIDENTIARY HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY |
| GARY MUSCADINE, ) ) | TRIAL ACT |
| Defendant. ) ) ) | Date:  June 17, 2010<br>Time:  9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the evidentiary hearing of the defendant's motion to suppress currently set for June 9, 2010 at 9:00 a.m. be rescheduled to June 17, 2010 at 9:00 a.m., to facilitate the appearance of all witnesses.

Accordingly, **IT IS HEREBY ORDERED** that the evidentiary hearing currently set for June 9, 2010 at 9:00 a.m. is vacated and re-scheduled to June 17, 2010 at 9:00 a.m.  Time is

//

//

1  //

2  excluded under the Speedy Trial Act between June 9, 2010 and June17, 2010 pursuant to 18

3  U.S.C. § 3161(h)(1)(D) based upon delay resulting from any pretrial motion.

4

5  DATED:6/1/10

                    HON. SAUNDRA BROWN ARMSTRONG
6                      United States District Judge

STIP. REQ. TO SET JUNE 17, 2010 EVIDENTIARY HEARING DATE AND TO EXCLUDE TIME
No. CR-09-0641 SBA