UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00641 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON DECEMBER 14, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| GARY ANTHONY MUSCADINE, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:    September 22, 2010<br>Time:    2:30 p.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the motion hearing in this matter be vacated and that this matter be set for change of plea and sentencing on December 14, 2010 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between September 15, 2010 and December 14, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2    December 14, 2010 at 10:00 a.m., and that time between September 15, 2010 and December 14,
3    2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
4    3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
5    the defendant and the attorney for the government.
6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7    Presentence Investigation Report.
8
9    DATED:9/17/10                                     _____*Saundra B Armstrong*_____
                                                       HON. SAUNDRA BROWN ARMSTRONG
10                                                     United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 14, 2010 & TO EXCLUDE TIME
No. CR-09-00641 SBA